[No. 61099-6-I.   Division One.   November 17, 2008.]

THE STATE OF WASHINGTON, *Appellant*, v. K.W., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 07-8-04248-4, Philip G. Hubbard, Jr., J., entered December 18, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 61104-6-I.   Division One.   November 17, 2008.]

MICHAEL McCORVY ET AL., *Appellants*, v. A&B ESCROW SERVICES, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 06-2-12191-9, Ronald L. Castleberry, J., entered November 29, 2007. *Affirmed* by unpublished opinion per Schindler, C.J., concurred in by Agid and Ellington, JJ.

[No. 61134-8-I.   Division One.   November 17, 2008.]

*In the Matter of the Marriage of* STEPHEN J. DOWELL, *Respondent*, and VALOREE DOWELL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-3-10569-8, James A. Doerty, J., entered December 14, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 61153-4-I.   Division One.   November 17, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. TRENTON SCOTT JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 07-1-03335-6, Richard J. Thorpe, J., entered December 20, 2007. *Affirmed* by unpublished per curiam opinion.